UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JONATHAN FERRIER<br><br>v.<br><br>CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC | CIVIL ACTION NO. 2:25-cv-02286<br><br>JUDGE JAY C. ZAINEY<br><br>MAGISTRATE JUDGE KAREN WELLS ROBY |

**WITNESS AND EXHIBIT LISTS**

**NOW INTO COURT**, through undersigned counsel, come Defendants, CP Marine Services, LLC ("CP Marine"), and Ten Mile Exchange, LLC ("Ten Mile"), (collectively "Defendants"), who submit the following Witness and Exhibit Lists per this Honorable Court's Scheduling Order (Rec. Doc. 9):

**I. WITNESSES**

1. Jonathan Ferrier
2. Haleigh Dardar
3. Joseph Dardar
4. Bradford Creppel, Jr.
5. Bradford Creppel, Sr.
6. Gina Taromina
7. Jason Schouest
8. Michael McNulty, M.D.
9. Edward Comeaux, Austin LeBouef, and/or Leah Schaff
10. Stacie Nunez, MHS, CRC, LRC, CLCP
11. Kyle P. McAvoy, Captain, USCG

12. Marc Fazioli, Captain
13. Fred Eitmann or other representative of Jefferson Orthopedic Clinic
14. Benjamin LeBlanc, N.P.
15. Allen Halle, M.D.
16. Jason LeBlanc, CCMSI TPA obo Starstone
17. Stan Kraly
18. Jessica Chu, P.A.
19. Neil Duplantier, M.D.
20. Barton Wax, M.D.
21. Gary Birdsall, M.D.
22. Tanner Kopp
23. Carlos Fields
24. Captain Mike Loup
25. Trevor Kraly
26. Dr. Brian Bourgeois
27. Main Iron Works Yard Supervisor(s) and/or Company Representative(s)
28. Representatives of any healthcare or medical provider who provided treatment to Jonathan Ferrier including but not limited to:
    a. Lady of the Sea General Hospital
    b. Terrebonne General Medical Center
    c. University Medical Center
    d. Ochsner St. Bernard Parish Hospital
    e. Dr. Gary Birsdall Medical Clinic
    f. West Jefferson Medical Center

g. WJMC – Family Doctors
h. Ochsner Health-Main Campus
i. Bone & Joint Clinic
j. Children's Diabetes and Endocrine Center
k. Terrebonne General Medical Center
l. Manning Family Children's Hospital
m. Lonseth Interventional Pain Center
n. Gretna Medical Center
o. Doctors Imaging
p. CVS Pharmacy
q. Walmart Pharmacy
r. Ochsner Westbank, (Infant Records)
s. NORC-Ochsner Community Health-Brees Family Medicine,
t. Ochsner Occupational Health

29. Representatives of Jonathan Ferrier's employers including but not limited to:
    a. B&G Food Enterprises,
    b. Five Below Employment Records,
    c. Natalie Jean Marine, LLC
30. Any individual listed on any other parties' Witness List.
31. Any individual deposed in this matter.
32. Any individual identified through discovery in this matter.
33. Any witness needed for impeachment purposes.
34. Any witness needed to authenticate any document or evidence at trial.

35. Any individual listed on Plaintiffs' Witness List

## II. EXHIBITS

1. Memorandum of Verbal Bareboat Charter Agreement
2. CP Marine's Employer's Workers Compensation File including all forms and/or filings concerning Jonathan Ferrier
3. Donovan Marine Invoices
4. Statements of Joseph Dardar
5. Haleigh Dardar's Affidavit of Truth, including Exhibits A-F
6. Jason Schouest's Statement, including Exhibits 1-4
7. Various Helm Records and Checklists for the M/V ROUGAROU and M/V DOUGLAS, DEF 0001-0064
    a. M/V ROUGAROU New Crew Orientation Checklist, DEF 0001-0007
    b. M/V ROUGAROU Wheelhouse Familiarization, DEF 0008-0010
    c. M/V DOUGLAS Master's Daily Vessel Reporting, DEF 0011-0018
    d. M/V DOUGLAS Vessel Inspection Checklist, DEF 0019-0033
    e. M/V DOUGLAS Master's Daily Vessel Reporting, DEF 0034-0049
    f. M/V DOUGLAS April Safety Training, DEF 0050
    g. M/V DOUGLAS Master's Daily Vessel Reporting, DEF 0051-0058
    h. M/V DOUGLAS Incident Reporting, DEF 0059-0064
8. M/V DOUGLAS Certificate of Inspection, DEF 0065-0066
9. M/V DOUGLAS Vessel Time Sheet, 0067
10. Various Helm Records and Checklists for the M/V ROUGAROU and M/V DOUGLAS, DEF 0068-0090

a. M/V DOUGLAS Engine Forms, Logs and Checklists, DEF 0068-0084

b. M/V ROUGAROU New Crew Orientation Checklist, DEF 0085-0086

c. M/V DOUGLAS New Crew Orientation Checklist, DEF 0088-0090

11. Helm Shoreside Personnel Orientation Checklist, DEF 0091-0093

12. Helm TSMS Review M/V ROUGAROU, DEF 0094

13. M/V DOUGLAS Certificate of Documentation, DEF 0095

14. Employer's First Report of Injury, DEF 0096, DEF 0098, DEF 102

15. 8/4/2025 Jefferson Orthopedic Clinic Work Restrictions, DEF 0097, DEF 0101, DEF 0131

16. CP Marine Payroll Summary for Jonathan Ferrer, DEF 0099-0100, DEF 0132-0133, including all other payroll and W2 records from CP Marine

17. Ten Mile Exchange Policy and Procedures, DEF 0101-0128

18. Jonathan Ferrier Personal Injury/Illness Report, DEF 0129

19. 2025 W2 for Jonathan Ferrier, DEF 0130

20. Jonathan Ferrier's Personnel File, DEF 0134-0146

21. Photographs of Incident Area, DEF 0147

22. Photographs of Incident Area, M/V DOUGLAS, M/V ROUGAROU, Jonathan Ferrier and/or any other photograph related to any issue involved in litigation

23. Videos of Jonathan Ferrier

24. Jonathan Ferrier Rehire Timecards, DEF 0148-0149

25. Letter of Termination and Separation Notice, DEF 0150-0153

26. Text Messages of CP Marine/Ten Mile representatives and/or Jonathan Ferrier, DEF 0154-0160

27. MRTIS Screenshots, DEF 0161-0163
28. M/V DOUGLAS Daily Boat Log, DEF 0164-0166
29. Ten Mile Health & Safety Plans, 9/19/2025, DEF 0167-0525, DEF 0817-01082
30. Bradford Creppel, Sr. Personnel File, DEF 00687-00704
31. Jonathan Ferrier's Medical and Prescription Records from
    a. Dr. Barton Wax's Medical Records
    b. Jefferson Orthopedic Clinic Medical Records
    c. University Medical Center, DEF 001137-001319
    d. Ochsner St. Bernard Parish Hospital, DEF 001319-001362
    e. Dr. Gary Birsdall Medical Clinic, DEF 001363-002000
    f. West Jefferson Medical Center, DEF 002001-002575
    g. WJMC – Family Doctors, DEF 002576-002743
    h. Ochsner Health-Main Campus, DEF 002744-003354
    i. Bone & Joint Clinic, DEF 003355-003429
    j. Children's Diabetes and Endocrine Center, DEF 003430-003771
    k. Terrebonne General Medical Center, DEF 003772-004063
    l. Manning Family Children's Hospital, DEF 004064-004085
    m. Lonseth Interventional Pain Center, DEF 004086-004109
    n. Gretna Medical Center, DEF 004120-004161
    o. Doctors Imaging, DEF 004162-004174
    p. CVS Pharmacy, DEF 004167-004190
    q. Walmart Pharmacy, DEF 004191-004223
    r. Ochsner Westbank, DEF 004224-004354

s. NORC-Ochsner Community Health-Brees Family Medicine, DEF 004355-004735

t. Lady of the Sea General Hospital, DEF 004736-004817

u. Jefferson Orthopedic Clinic

v. Ochsner Occupational Health

32. Jonathan Ferrier's Personnel Files and Employment records from

    a. Natalie Jean Marine, LLC, DEF 001083-001115 (and records from his earlier employment at this company which are not yet BATES numbered)

    b. B&G Food Enterprises, DEF 001116-001136

    c. Five Below Employment Records, DEF 004110-004119

33. Jonathan Ferrier's Tax Records, Ferrier 000094-000125

34. Social Security Earnings Records of Jonathan Ferrier

35. All records furnished to Captain Kyle McAvoy to consider in forming his opinion.

36. All records furnished to Captain Marc Fazioli to consider in forming his opinion.

37. All records furnished to Stacie Nunez to consider in forming her opinion.

38. All records furnished to Ed Comeaux and Austin Lebouef to consider in forming opinion.

39. Any document produced or obtained in discovery.

40. Any document relied upon or reviewed by any expert.

41. Any record obtained from Jonathan Ferrier's medical/health care providers.

42. Any record obtained from Jonathan Ferrier's employers.

43. Any pleading, motion, or filing and attachments thereto filed by any party in this case.
44. The transcript of any deposition taken in this case.
45. Any document or exhibit attached to any deposition taken in this case.
46. All responses to written discovery and accompanying document production.
47. Any exhibit listed on any other party's Exhibit List.
48. Any document needed for impeachment purposes.
49. Any document produced pursuant to a subpoena duces tecum.

Respectfully submitted,

*/s/ Kari M. Rosamond*

Paul D. Hale (Bar No. 30539)
Kari M. Rosamond (Bar No. 34065)
**HALE DEVALL, LLC.**
400 Poydras Street, Suite 2107
New Orleans, LA 70130
Telephone: (504) 576-0700
Facsimile: (504) 383-0932
phale@haledevall.com
krosamond@haledevall.com

***Attorneys for Defendants, CP Marine Services, LLC. and Ten Mile Exchange, LLC.***