**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION NO. 25-2286 c/w 26-1694** |
| **v.** | **Ref.: 26-1694** |
| **CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC** | **JUDGE JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION FOR LEAVE TO FILE THIRD PARTY COMPLAINT**

**NOW INTO COURT**, through undersigned counsel, come Claimants, CP Marine Services, LLC ("CP Marine"), and Ten Mile Exchange, LLC ("Ten Mile"), (collectively "CP Marine/Ten Mile"), who, pursuant to Rule 14 of the Federal Rules of Civil Procedure, respectfully move this Honorable Court for leave to file the attached Third Party Complaint against Natalie Jean Marine, LLC ("Natalie Jean"), a subsequent employer of Jonathan Ferrier, the plaintiff in the consolidated action 25-2286, because recent discovery conducted on August 7, 2026, has revealed a potential claim against Natalie Jean for tort indemnity, contribution, and/or equitable subrogation, concerning payment of maintenance and cure obligations to or on behalf of Mr. Ferrier that have been, or could be, satisfied by CP Marine/Ten Mile.

Pursuant to LR 7.6, CP Marine/Ten Mile have sought the consent of all interested parties, including Ferrier who has not yet made a claim herein. T&M consents to the relief herein, whereas, Ferrier's position is not yet known, although it is anticipated that he opposes this relief.

**WHEREFORE**, Claimants, CP Marine Services, LLC and Ten Mile Exchange, LLC respectfully pray, for the reasons set forth in the accompanying Memorandum in Support of their

Motion for Leave to File Third Party Complaint, that this Motion be granted, and CP Marine Services, LLC and Ten Mile Exchange, LLC may file their Third Party Complaint.

Respectfully submitted,

*/s/ Paul D. Hale*

Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**HALE DEVALL, LLC**
400 Poydras Street, Suite 2107
New Orleans, LA 70130
Telephone: 504-576-0700
phale@haledevall.com
krosamond@haledevall.com

***Attorneys for CP Marine, LLC and Ten Mile Exchange, LLC***