**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**JONATHAN FERRIER** | **CIVIL ACTION**

**VERSUS** | **NO. 25-2286 C/W 26-1694**

**CP MARINE SERVICES, LLC ET AL.** | **SECTION: A(4)**

**REF: 25-2286**

**OPPOSITION**

Plaintiff Jonathan Ferrier submits this response to the *Motion for Expedited Consideration* (Rec. Doc. 41) filed by Defendants CP Marine and Ten Mile. Plaintiff asks the Court to set briefing on Defendants' *Motion to Continue* (Rec. Doc. 40) for next Friday, August 21, 2026. This (1) provides sufficient time for Plaintiff to brief his opposition and (2) preserves the Scheduling Order's dispositive-motion and motion-in-limine deadline of Tuesday, August 18th.

Plaintiff is preparing an opposition to the *Motion to Continue* and needs a full opportunity to brief why the Court should deny it. Defendants do not have good cause for a continuance, and Plaintiff should have the chance to demonstrate that to the Court.

Defendants' own decision to file the *Motion to Continue* at the last minute does not justify expedited treatment – if anything, it cuts the other way. Defendants have also long known the employment timeline they now raise. Plaintiff identified Stan Kraly (owner of Natalie Jean Marine (Ferrier's prior and subsequent employer) in his initial disclosures, and on March 13, 2026, Plaintiff testified about his work at Natalie Jean Marine both before and after his employment with CP Marine.

The case now sits at the final stage of motion practice, and the Court should preserve the August 18th deadline. Moving it further would prejudice Plaintiff. Plaintiff also should be given sufficient time to brief why there is no good cause to modify the current Scheduling Order.

Respectfully submitted by:

**ADAM DAVIS LAW FIRM**
*/s/ Michelle Pare Ricca*
Adam Neely Davis (La. Bar No. 35740)
Taylor M. Bologna (La. Bar No. 37594)
Michelle Pare Ricca (La. Bar. No. 41385)
22398 LA 435
Abita Springs, Louisiana 70420
Email: ad@adamdavislawfirm.com
taylor@adamdavislawfirm.com
michelle@adamdavislawfirm.com
Telephone: (504)-553-1435
Facsimile: (504)-553-1439
**ATTORNEYS FOR PLAINTIFF JONATHAN FERRIER**