**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION NO. 25-2286 c/w 26-1694** |
| **v.** | **Ref.: 25-2286** |
| **CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC** | **JUDGE JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES**

Defendants, CP Marine Services, LLC ("CP Marine"), and Ten Mile Exchange, LLC ("Ten Mile"), (collectively "CP Marine/Ten Mile"), respectfully seek leave of Court to file a Memorandum in Support of Motion in Limine that is 29 pages, in excess of the limit provided in LR 7.1. Defendants suggest that the Motion addresses many issues and the page length is necessary to fully brief the Court.

Respectfully submitted,

*/s/ Paul D. Hale*

Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**HALE DEVALL, LLC**
400 Poydras Street, Suite 2107
New Orleans, LA 70130
Telephone: 504-576-0700
phale@haledevall.com
krosamond@haledevall.com

***Attorneys for CP Marine, LLC and Ten Mile Exchange, LLC***