**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION NO. 25-2286 c/w 26-1694** |
| **v.** | **Ref.: 25-2286** |
| **CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC** | **JUDGE JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**PROPOSED ORDER**

**CONSIDERING**, the Motion for Leave to File Brief in Excess of 25 Pages;

**IT IS HEREBY ORDERED** that CP Marine Services, LLC and Ten Mile Exchange, LLC, be and are granted leave of court to file the Memorandum in Support of Motion in Limine that is more than 25 pages.

NEW ORLEANS, LOUISIANA, this ____ day of ___________________ 2026.

______________________________
HONORABLE JAY C. ZAINEY