**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION NO. 25-2286 c/w 26-1694** |
| **v.** | **Ref.: 25-2286** |
| **CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC** | **JUDGE JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE KAREN WELLS ROBY** |

**MOTION IN LIMINE TO EXCLUDE SPECULATIVE EVIDENCE OF PLAINTIFF ACHIEVING PROMOTIONS, WAGE INCREASES, AND LICENSING BY THE UNITED STATES COAST GUARD**

Defendants, CP Marine, LLC ("CP Marine") and Ten Mile Exchange, LLC ("Ten Mile"), (collectively, "Defendants"), respectfully move this Honorable Court to exclude all evidence that Plaintiff, Jonathan Ferrier ("Plaintiff"), would have achieved promotions and three different licenses from the United States Coast Guard ("USCG"), when 1) he had not demonstrated any propensity for promotion or career progression, 2) he had only one year of experience as a deckhand, 3) he had taken no concrete steps towards obtaining licensure, and 4) he has multiple medical conditions that may disqualify him from obtaining USCG licensure, all of which make presentation to a jury of such a career progression and Plaintiff earning wages more than four times greater than he has to date inherently speculative and subject to exclusion, all as is set forth fully in the accompanying memorandum and exhibits.

Respectfully submitted,

*/s/ Paul D. Hale*

Paul D. Hale (#30539)
Kari M. Rosamond (#34065)
**HALE DEVALL, LLC**
400 Poydras Street, Suite 2107
New Orleans, LA 70130
Telephone: 504-576-0700
phale@haledevall.com
krosamond@haledevall.com

***Attorneys for CP Marine, LLC and Ten Mile Exchange, LLC***