**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-2286 C/W 26-1694** |
| **CP MARINE SERVICES, LLC AND TEN MILE EXCHANGE, LLC** | **SECTION: "A"(4)** |
| **REF: ALL CASES** | |

**EX PARTE MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD**

**NOW INTO THE COURT** comes Plaintiff, Jonathan Ferrier, who respectfully requests that the Court enter an order enrolling Matthew D. Rogenes (La. Bar. No. 36652) of the Adam Davis Law Firm, 22398 LA 435, Abita Springs, Louisiana, 70420 as additional counsel of record for Jonathan Ferrier.


**ADAM DAVIS LAW FIRM**

*/s/ Michelle Pare Ricca*
Adam Neely Davis (La. Bar No. 35740)
Michelle Pare Ricca (La. Bar No 41385)
Taylor M. Bologna (La. Bar No. 37594)
22398 LA 435
Abita Springs, Louisiana 70420
Emal: ad@adamdavislawfirm.com
taylor@adamdavislawfirm.com
Telephone: (504)-553-1435
Facsimile: (504)-553-1439

**ATTORNEY FOR PLAINTIFF JONATHAN FERRIER**