**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION** |
| **VERSUS** | **NO: 2:25-cv-2286 c/w 2:26-cv-1694** |
| **CP MARINE SERVICES, LLC and TEN MILE EXCHANGE, LLC** | **SECTION: "A" (4)** |

**ORDER**

**IT IS ORDERED** that Defendant's **Motion for Leave to File Third Party Complaint (R. Doc. 42)** shall be set for submission on September 9, 2026.

**IT IS FURTHER ORDERED** that the Defendant's Motion shall be heard **by oral argument** on **September 9, 2026, at 11:00 a.m.** in the undersigned United States Magistrate Judge's Courtroom located at 500 Poydras Street, Room B-431, New Orleans, Louisiana.

New Orleans, Louisiana, this 28th day of August 2026.

**KAREN WELLS ROBY**
**UNITED STATES MAGISTRATE JUDGE**