# In the Matter of:

*Jonathan Ferrier*

*vs.*

*CP Marine Services, LLC and Ten Mile Exchange, LLC*

---

## Fred Eitmann

August 10, 2026

---

EXHIBIT B

CURREN COURT REPORTERS

**504-833-3330**
www.currenland.com

symptoms while performing lunges on a BOSU ball on July 1st, correct?

A. It -- yes.

MR. BOLOGNA:

Object to the form.

BY MR. HALE:

Q. Yes, there's symptoms? Or no, there's not?

A. No. That he tolerated it well.

Q. Got you.

A. Sorry.

Q. Now, lunges on a BOSU ball, for example, if Mr. Ferrier had a right knee problem, do you believe that that exercise would cause symptoms to manifest in the right knee in a person -- you understand what I'm saying?

MR. BOLOGNA:

Object to the form.

THE WITNESS:

I didn't think so.

BY MR. HALE:

Q. Let me ask you again.

When somebody has a right knee injury and they perform lunges on a BOSU ball as you've described here today, do you think that that

person would experience adverse symptoms in their knee while performing that exercise?

MR. BOLOGNA:
Object to the form.

THE WITNESS:
What does that mean? I'm sorry. I can answer the question?

MR. BOLOGNA:
(Nods head.)

THE WITNESS:
I'm sorry. I guess if he was having a problem with it, I would have witnessed it right then and there.

BY MR. HALE:

Q. Uh-huh.

A. And if there was any form -- any form of instability or any form of, like, he's not doing this right, I would not have expected anyone to get through three sets of ten with that.

I'm not leaving patients alone while they're doing these things. It's a small gym. We are, like, right on top of the patients there. We're observing their activities. So I don't know if that answers your question, but I would

say -- I would say that anything can injure anything. But witnessing someone doing three sets of ten, I would find it highly unlikely.

Q. And that's a good point. These exercises -- the physical therapist -- in this case, it's you -- are with the patient helping to put them through these exercises, right?

A. Yes.

Q. You don't just give them a workout sheet and you're off doing other things, right?

A. No.

Q. You're observing each and every rep, each and every set. True?

A. Yes. And furthermore, in my clinic -- in this clinic, there's no techs. In this clinic, it's PTs and PTAs, so it's very small. And so -- and we -- you know, we -- it's, like, one-on-one with -- with the patients.

Q. Yeah.

A. And I'm only saying that -- if this is where you're going with this, that, you know, I was the cause of some injury from some of these exercises.

Q. No. No. I'm not --

A. Yeah.

Q. -- if it makes you feel more comfortable.

The lunges on the BOSU ball, if a patient told you "I'm having right knee pain," is that an exercise that you would put the patient through?

A. I would generally say no.

Q. And that's because lunges on a BOSU ball would increase the sort of roll of the right knee, right?

MR. BOLOGNA:

Object to form.

THE WITNESS:

I mean, if it's something that they were, you know, walking on the knee and it was, like, hurting when they put pressure on it or when they're pivoting, I wouldn't do that exercise on the knee.

BY MR. HALE:

Q. Yeah. And based on the absence of any, you know, adverse notes listed, you were confident that on July 1st, Mr. Ferrier didn't report any kind of instability performing lunges on the BOSU ball?

MR. BOLOGNA:
Object to the form of the question.
THE WITNESS:
He seemed to tolerate -- according to my notes, tolerate these activities.
BY MR. HALE:
Q. And you're confident that there is -- he didn't experience increased pain when performing lunges on the BOSU ball?
A. No.
MR. BOLOGNA:
Object to the form of the question.
THE WITNESS:
That he did not -- that he was not feeling --
Do you want me to answer that question?
BY MR. HALE:
Q. Am I correct that you testified you're confident that he did not report pain when he performed the lunges on the BOSU ball?
A. Yes. Yes. Yes.
Q. The next exercise, it says, "Leg press, dash, DL.
A. So double leg is DL. So for those of

us who have been in a gym before, the traditional leg press you put your feet on the platform, and you push the -- straighten the knees out and then slowly lower. He did that with 60 pounds, which is not a huge amount of weight, but we did it for a long period of time. So you want it low impact but lots of repetition.

Q. Is that period of time five minutes?

A. Five minutes.

Q. So this is a machine that the person lays on their back and they stick both legs sort of up in the air, correct?

A. Yes.

Q. And it's got a platform that their feet go flat up against, right?

A. Yes.

Q. And then they can, sort of, open the weights, and they lower the weights using their legs?

A. Yes.

Q. And then use their leg muscles to push vertically into the air the weight in the other direction, right?

A. The leg press in our gym -- actually, the platform does not move. You're kind of a

little bit more supine, and when you're pushing and moving your body away and then coming forward, your knees bend closer.

Q. Okay. Any difference in that operation of that machine versus the traditional one where the body remains stationary and you push the weights back and forth?

A. There's a little bit -- when you're going against gravity more, there's a little bit more weight coming down.

Does that make sense?

Q. So which one has more gravity? The latter or your version?

A. Your latter.

Q. All right. So in any event, for five minutes, Mr. Ferrier continuously pushes up and pushes down 60 pounds in the leg press?

A. Slowly coming up and slowly coming down. Not fast and ballistic. It's slowly going down. Slowly coming up. Slowly coming down. Slowly coming up.

Q. During those five minutes, did he tell you about any problems with his right leg?

A. No.

Q. Any problems --

MR. BOLOGNA:
Object to the form.
BY MR. HALE:
Q. -- with his right knee?
A. No.
Q. Any problems with either leg or knee?
MR. BOLOGNA:
Object to the form.
THE WITNESS:
No.
BY MR. HALE:
Q. Would you have somebody with a meniscus injury do five minutes of continual leg press exercises during physical therapy?
MR. BOLOGNA:
Object to the form.
THE WITNESS:
When we talk about a meniscal injury, I mean, we're -- it's like -- it's a huge spectrum here. So if it's someone who has an acute swelling in the knee in the meniscus, whether it's the medial or lateral meniscus is inflamed, no. But if someone has a meniscal tear and they're asymptomatic,

the leg press is a great exercise to strengthen the quads, you know, around that muscle to help with improving -- improving the joint and improving the stability of the knee.

BY MR. HALE:

Q. Got it. Leg press would not be indicated for somebody with a symptomatic knee condition. Fair?

A. Yes.

Q. Sure. And calf raises on leg press, I assume you use the leg press machine but keep the knees locked out and use the ankle joint to --

A. It would be lifting the ankle upward and then coming down, so he's pushing up onto his toes. Yes.

Q. And the same weight that's used for leg press is used for calf raises, in this case?

A. Yes, for two minutes. So slowly coming up, slowly coming down. So for two minutes.

Q. All right. And Mr. Ferrier performed that exercise, also, without anything special noted by you, right?

A. Yes.

Q. Stationary bike. We know what that is,

right?
A. Yes.
Q. He did that for ten minutes. No problems on this date. True?
A. Yes.
Q. BAPS board. Did that for six minutes. No problems on this date, right?
A. Yes.
Q. SLR. He did that in the four different planes. Three sets of ten each plane, correct?
A. Yes.
MR. BOLOGNA:
Object to the form.
BY MR. HALE:
Q. No problems noted on July 1st, right?
A. Yes.
Q. Rocker board inversion/eversion and rocker board DF/PF. Did both of those exercises with no problems on July 1st, correct?
A. Yes.
MR. BOLOGNA:
Object to the form.
BY MR. HALE:
Q. Toe to ankle. Did that one again. No problems performing on July 1st, correct?

A. Yes.
Q. And he also did the calf stretch with -- calf stretch with strap that day with no problems. True?
A. Yes.
MR. BOLOGNA:
Object to the form.
BY MR. HALE:
Q. And then after this, Jefferson Orthopedic Clinic closed, and you stopped seeing this patient; is that accurate?
A. Yes. I'm not -- I mean, we didn't close until August 31st, but I didn't see him after July 1st.
Q. You don't know if he continued physical therapy or not?
A. I don't know.
Q. When the therapy stopped, your assessment, at that time, was that he was three quarters of the way to meeting the goals that you set on day one?
A. Yes.
Q. Now, I'm going to -- so the dates of treatment I have are 5/21; 5/30; 6/9; 6/20; and 7/1. Is that what you have, too?

would send this to us, and one of us would call the patient to schedule.

Q. All right. And --

A. And I'm not sure if anyone called and left a message or what have you. My assumption is that either Nicole or Julie called, but we have no record of that.

Q. Got you. From the records that you've seen, did Mr. Ferrier ever report to you a right knee problem during the course of your treatment?

A. You know, I -- I mean, I didn't mention it in my notes, so my assumption would be I don't recall.

Q. And based on your testimony you gave about the July 1st exercises and looking at the exercises you gave on July 1st, it would be inconsistent for you to put Mr. Ferrier through those various exercises if he was reporting to you a new right knee problem?

A. Yes.

Q. Right?

MR. BOLOGNA:

Object to the form.

THE WITNESS:

Yes.

BY MR. HALE:
Q. And does all of that lead you to conclude that he did not report any kind of right knee problem through July 1, '25?
MR. BOLOGNA:
Object to the form.
THE WITNESS:
Yes.
MR. HALE:
All right. That's all the questions I have. I think these other attorneys are going to have some, and the guy on the computer might, as well.
THE WITNESS:
Okay.
MR. BOLOGNA:
Who first? Me or you, Al?
MR. DAVIS:
Al goes first. I mean --
MR. RUFTY:
Go ahead.
MR. BOLOGNA:
Al, you're ready?
MR. RUFTY:
Yeah. Go ahead.

Q. When you come see a patient for an appointment, you refer back to your prior notes of treatment?
A. Yes.
Q. Remember the BOSU ball lunges that Mr. Ferrier performed three sets of ten of --
A. Yes.
Q. -- on July 1st?
A. Yes.
Q. The BOSU ball, that's a non-stable surface?
A. Yes.
Q. When one does BOSU ball lunges -- well, let me ask you. The -- strike that.
The meniscus in the knee, does that act as a shock absorber for the knee?
A. It does.
Q. When a surface wobbles, such as a BOSU ball, does the knee undergo subtle twisting motions that can pinch or aggravate a meniscus tear?
A. Yes. But typically, the meniscal will be more injured in a -- when the knee is straighter, if that makes sense, than it is bent. But it would put a little stress on the meniscus.

Yes.
Q. Knee flexion forces the meniscus to bear intense loads at an angle where it's structurally vulnerable, correct?
A. Yes.
Q. That's one of the reasons that you wouldn't do lunges on a BOSU ball with somebody with a meniscus problem?
MR. BOLOGNA:
Object to the form.
THE WITNESS:
If they were having an acute episode, yes. Yes. Sorry.
BY MR. HALE:
Q. All of these range of motions that you referenced throughout your testimony in your physical therapy records, is that tibiotalar range of motion? Is that what it's called?
A. Tibiotalar?
Q. I'll just show you. I'm not -- where is it?
A. Talocrural or subtalar. Sorry.
Q. I'm asking you -- that' all right. Look, I'm asking you here. I don't know what I'm looking at.

REPORTER'S CERTIFICATE

This certification is valid only for a transcript accompanied by my original signature and original required seal on this page.

I, JODI R. IBIETA, Certified Court Reporter, in and for the State of Louisiana, as the officer before whom this testimony was taken, do hereby certify that FRED EITMANN, to whom an oath was administered, after having been duly sworn by me upon authority of R.S. 37:2554, did testify as hereinbefore set forth in the foregoing 200 pages; that this testimony was reported by me in the stenotype reporting method, was prepared and transcribed by me or under my personal direction and supervision, and is a true and correct transcript to the best of my ability and understanding; that the transcript has been prepared in compliance with transcript format guidelines required by statute or by rules of the Board, and that I am informed about the complete arrangement, financial or otherwise, with the person or entity making arrangements for deposition services; that I have acted in compliance with the prohibition on contractual relationships, as defined by Louisiana Code of Civil Procedure Article 1434 and in rules and advisory opinions of the board; that I have no actual knowledge of any prohibited employment or contractual relationship, direct or indirect, between a court reporting firm and any party litigant in this matter nor is there any such relationship between myself and a party litigant in this matter. I am not related to counsel or to the parties herein, nor am I otherwise interested in the outcome of this matter.

JODI R. IBIETA, CCR
Certified Court Reporter
DATE: 8/25/2026