**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **JONATHAN FERRIER** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 25-2286 C/W 26-1694** |
| **CP MARINE SERVICES, LLC AND TEN MILE EXCHANGE, LLC** | **SECTION: "A"(4)** |
| **REF: ALL CASES** | |

**ORDER**

Considering the foregoing *Ex Parte Motion to Enroll Additional Counsel of Record*,

**IT IS HEREBY ORDERED** that the motion is **GRANTED** and that Andrew Cvitanovic (La. Bar. No. 34500) of Cvitanovic Law, LLC, 130 Woodchase St., Belle Chasse, Louisiana, 70037 is **ENROLLED** as additional counsel of record for Claimant, Jonathan Ferrier.

New Orleans, Louisiana, this 2nd day of September, 2026.

**UNITED STATES DISTRICT JUDGE**